ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860

Attorney for Defendant
CHRISTOPHER PITTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER PITTS,<br><br>　　　Defendants. | CASE NO. 1:06-cr-419 LJO<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND THE SURRENDER DATE FOR DEFENDANT CHRISTOPHER PITTS. |

　　　IT IS HEREBY STIPULATED by and between defendant CHRISTOPHER PITTS, through his attorney ROBERT L. FORKNER and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KATHLEEN A. SERVATIUS, stipulate and request the following:

　　　1.　The presently scheduled surrender date of August 12, 2008 be vacated for the above named defendant and be continued to September 9, 2008 at 2:00 p.m.

　　　2.　The reason for the requested extension of the surrender date is that Ms. Susan Perry from the United States Marshall's Office has notified all parties that the Bureau of Prisons has

1

"no designation" for Mr. Pitts.  It will take a minimum of three weeks to designate a prison.

Furthermore, United States Probation Officer, Jack C. Roberson and Pretrial Services Officer, Lydia Serrano have been notified and have no objections.  Therefore, the parties stipulate to continue the defendant's surrender date and request the court to order the same.

Dated: August 11, 2008                /s/ Robert L. Forkner
                                      Attorney for Defendant,
                                      ROBERT L. FORKNER

Dated: August 11, 2008                /s/ Kathleen A. Servatius
                                      Assistant U.S. Attorney
                                      KATHLEEN A. SERVATIUS

## ORDER

IT IS SO ORDERED upon good cause shown and the stipulation of all parties that the August 12, 2008 surrender date be extended to September 9, 2008 at 2:00 p.m., for the defendant CHRISTOPHER PITTS.

IT IS SO ORDERED.

Dated:   August 12, 2008             /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2